UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSTANCE FLORES,<br><br>                    Plaintiff,<br><br>       -against-<br><br>DEPARTMENT OF HOMELESS SERVICES; NEIGHBORHOOD ASSOCIATION OF INTER-CULTURAL AFFAIRS; CASA DE CARINO,,<br><br>                    Defendants. | 24 CIVIL 6673 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the September 16, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

    SO ORDERED.

Dated:    October 22, 2025

    New York, New York

                                                       /s/ Louis L. Stanton
                                                         LOUIS L. STANTON
                                                     United States District Judge